## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  15-cv-01457-LTB-KLM

JANICE NAEGLE,

     Plaintiff,

v.

ANIMAS SURGICAL HOSPITAL, LLC, a Delaware LLC,

     Defendant.

---

## ORDER

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 27 - filed April 8, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.  All deadlines and hearings in this matter are vacated.

BY THE COURT:

   s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED:   April 11, 2016